UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO:

QUINCY MUTUAL INSURANCE CO. )
(as subrogee of Jonathan Kelly) )
)
Plaintiff, )
)
V. )
) COMPLAINT
UNITED STATES OF AMERICA )
)
)
Defendant )
)

## FACTS AND PARTIES

I.

This action arises under the Federal Tort Claims Act, 28 U.S.C. sect. 2761 et seq., and this Court has jurisdiction under the provisions of 28 U.S.C. sect. 1346(b).

II.

The Plaintiff, Quincy Mutual Insurance Company, maintains a place of business at 57 Washington Street, in Quincy, Norfolk County, Massachusetts, and is a duly organized corporation under the laws of the Commonwealth of Massachusetts, United States of America.

III.

On or about September 18, 2018, Jonathan Kelly owned an automobile and maintained a contract of motor vehicle insurance for that vehicle with the Plaintiff, Quincy Mutual Insurance Company.

IV.

The Plaintiff submitted its claim in the amount of $8,868.00 to the United States Postal Service, a duly organized body of the United States of America, in accordance with statute, 28 U.S.C. sect. 2761 et seq. on November 25, 2019. On December 9, 2019, the United States Postal Service requested a full breakdown and supports for Plaintiff's damages, however has not responded to Plaintiff since.

COUNT 1
(Negligence)

V.

The Plaintiff hereby reavers and realleges each and every allegation contained within paragraphs I through IV as if specifically set forth herein.

VI.

On or about September 18, 2018, Jonathan Kelly, a resident of Acton, Middlesex County, Massachusetts, was operating a motor vehicle in the exercise of due care at or near Dunster Road in Sudbury, Massachusetts, when Jimmy Jang, while acting as an agent, servant, or employee of the Defendant, the United States of America, carelessly and/or negligently struck Mr. Kelly's vehicle.

VII.

As a result of the Defendant's negligence, Mr. Kelly's motor vehicle suffered property damage.

VIII.

A claim was made against the Plaintiff by its insured under the property damage portion of the contract of insurance in the amount of $8,868.00.

WHEREFORE, the Plaintiff seeks judgment against the Defendant, United States of America in the amount of $8,868.00, as well as any other relief this court may deem proper.

Dated: May 28, 2020

THE PLAINTIFF
By its attorney,

Joseph P. Bonfiglio #663414
Derek A. Buckley #692956
Bolden & Bonfiglio, LLC
40 Lowell Street, Suite 24
Peabody, MA 01960
Tel. 978-744-2162
Fax 978-744-6705
jbonfiglio@bblawma.com
dbuckley@bblawma.com

3